UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

                    Case Number: 11-48269
                    Chapter 7

Douglas McIntire           Judge: Tucker
Debtor(s).

_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 4, 2011 a copy of the DEBTORS STATEMENT OF SOCIAL SECURITY NUMBER was served on the following parties via United States Postal Service Mail:

| Experian | Equifax | Trans Union |
| PO Box 9556 | PO Box 105518 | PO Box 1000 |
| Allen, TX 75013 | Atlanta, GA 30348 | Chester, PA 19022 |

                                        /S/ Jessica L. Hall
                                        Jessica L. Hall
                                        Marrs & Terry, PLLC
                                        6553 Jackson Ave.
                                        Ann Arbor, MI 48103
                                        (734) 663-0555
                                        jesshtl@hotmail.com